NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**RONALD E. COLEMAN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7148

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-901, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Ronald E. Coleman moves without opposition to stay proceedings in this appeal pending this court's disposition in *Thompson v. DVA*, 2011-7064.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay is granted. Coleman is directed to inform the court within 30 days of the disposition of *Thompson* how he believes this appeal should proceed. The Secretary of Veterans Affairs may also respond within that time.

FOR THE COURT

**AUG 1 1 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Sandra E. Booth, Esq.
    Tara K. Hogan, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 1 1 2011**

**JAN HORBALY**
**CLERK**